IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JOY ANN WILLIAMS, § § | |
| *Plaintiff,* § | Case No:  3:20CV-780-RGJ |
| § | |
| v. § | |
| § | Judge: |
| CONVERGENT OUTSOURCING, INC. § | |
| and ROZLIN FINANCIAL GROUP, INC. § | |
| § | |
| *Defendants.* § | |
| § | |

### DEFENDANT CONVERGENT OUTSOURCING, INC.'S
### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant CONVERGENT OUTSOURCING, INC. ("COI"), by and through its undersigned counsel, and files its *Notice of Removal* as follows:

1. Plaintiff JOY ANN WILLIAMS filed her state court Complaint on October 14, 2020 in the District Court of Hardin County, Kentucky located at the Hardin County Justice Center, 120 E. Dixie Ave., Elizabethtown, KY 42701.

2. This is a civil action based on Plaintiff's contention that CIO violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").  This case is still pending in state court.

3. As such, removal is proper because this case involves a federal question—an alleged violation of the Fair Debt Collection Practices Act.  This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of receipt of Plaintiffs' state-court Petition which was served on October 20, 2020.

6. Pursuant to U.S.C. § 1441(a), a copy of all summons and complaint in this case have been attached as **Exhibit A**.

7. A copy of this *Notice of Removal* has been sent to Plaintiff and will be filed with the clerk of the District Court of Hardin County, Kentucky.

8. Counsel for Defendant Rozlin Financial Group, Inc. consented to this removal on behalf of its client on November 19, 2020.

9. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, COI respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

    Respectfully submitted,

    /s/ Boyd W. Gentry
    Boyd W. Gentry (88625)
    Law Office of Boyd W. Gentry, LLC
    4031 Colonel Glenn Highway, First Floor
    Beavercreek, OH 45431
    Tel. (937) 839-2881
    Fax (800) 839-5843
    bgentry@boydgentrylaw.com
    *Counsel for Convergent Outsourcing, Inc.*

## Certificate of Service

    I hereby certify that a true and accurate copy of the foregoing Notice of Removal has been served by the Court's CM/ECF service to all counsel of record on November 19, 2020 as well as by email to the following:

James H. Lawson
Lawson at Law, PLLC
115 Sherrin Avenue, Suite 5
Louisville, KY 40207
james@kyconsumerlaw.com
*Attorney for Plaintiff*

                                      /s/ Boyd W. Gentry
                                      Boyd W. Gentry (88625)